No. 90–6036. HARPER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–6039. KNIGHT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–6042. KING *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–6045. BENNETT *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 90–6052. SHELLMAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–6062. BIRGE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–6063. POLK *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 90–6066. MALIN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 90–6074. GABAY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–6081. MARTINEZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–6084. VILLEGAS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–6088. ALBERS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–6095. ANDERSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–6106. DAMER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–6108. FORD *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.